IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD HOLLIHAN, JR.,

      Plaintiff,                    13cv0339
                                        **ELECTRONICALLY FILED**

      v.

GERALD ROZUM, STEPHEN A.
ZAPPALA, JR.,

      Defendants.

### ORDER OF COURT ADOPTING [3] REPORT AND RECOMMENDATION

AND NOW, this 2nd day of April 2013, having received no objections from Petitioner as ordered to be filed by March 29, 2013, IT IS HEREBY ORDERED THAT the Report and Recommendation filed by United States Magistrate Judge Lisa Pupo Lenihan (Doc. No. 3) is **ADOPTED** as the Opinion of this Court. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED** for lack of subject matter jurisdiction. A certificate of appealability is **DENIED**. The Clerk of Court shall mark this **CASE CLOSED**.

                                                  s/ Arthur J. Schwab
                                                  Arthur J. Schwab
                                                  United States District Judge

cc:      All Registered ECF Counsel and Parties

        Mr. Richard Hollihan, Jr.
        AJ-0676
        SCI Somerset
        1600 Walters Mill Road
        Somerset, PA 15510-0002