IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HOLLIHAN, JR., <br><br>       Petitioner, <br><br>            v. <br><br> ROZUM, *et al.,* <br><br>       Respondents. | )<br>)<br>)<br>)   C.A. Nos. 07-102J, 11-810, 13-339<br>)   Judge Arthur J. Schwab<br>)   Magistrate Judge Lisa Pupo Lenihan<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM ORDER**

Petitioner requests that the Court grant him *in forma pauperis* status and provide him with copies of documents in his cases at no cost. The *in forma pauperis* statute, 28 U.S.C. § 1915, allows for the waiver of prepayment of filing fees but does not provide for the payment of any other litigation expenses. There is no statute this Court is aware of that authorizes the court to commit federal funds to pay for expenses in a civil litigation matter. Tabron v. Grace, 6 F.3d 147, 158-159 (3d Cir. 1993). Therefore,

**IT IS HEREBY ORDERED** that Petitioner's Motion for leave to proceed *in forma pauperis* and to provide him with copies free of cost is **DENIED**.

**AND IT IS FURTHER ORDERED** that Petitioner's Motion for this Court to send the requested documents directly to the Third Circuit Court of Appeals is **DENIED**.

Dated: July 21, 2015

                                  /s/ Lisa Pupo Lenihan
                                  United States Magistrate Judge
                                  Lisa Pupo Lenihan